**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DERRICK GERARD WARNER,
ADC #145772**                                                                                          **PLAINTIFF**

V.                              CASE NO. 5:16-CV-68-BSM-BD

**DALLAS COUNTY DETENTION CENTER**                                              **DEFENDANT**

### RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

On March 4, 2016, Derrick Gerard Warner, formerly an inmate at the Dallas County Detention Center, filed this lawsuit under 42 U.S.C. § 1983. (Docket entry #2) Because Mr. Warner failed to submit a complete *in forma pauperis* (IFP) application, the

Court ordered him either to pay the $400 filing fee or to file an IFP application within thirty days. (#4)

Although Mr. Warner has notified the Court of his change of address (#3), he has failed to file a complete IFP application or pay the filing fee, as ordered. The time for complying with the Court's order has passed.

## III. Conclusion:

The Court recommends that Mr. Warner's claims be DISMISSED, without prejudice, based on his failure to prosecute this lawsuit and his failure to comply with the Court's March 28, 2016 Order to satisfy the filing fee requirement.

DATED this 16th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE