IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK GERARD WARNER,**  **PLAINTIFF**
**ADC #145772**

v.   CASE NO. 5:16CV00068 BSM

**DALLAS COUNTY DETENTION CENTER**   **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects.

Mr. Warner's claims are dismissed without prejudice based on his failure to comply with the March 28, 2016 order to satisfy the filing fee requirement. *See* Doc. No. 4.

IT IS SO ORDERED this 16th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE